Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **TINA COLEMAN**, | Case No. 2:10-CV-00428-EFS |
| Plaintiff, | **NOTICE OF SERVICE OF PLAINTIFF'S INITIAL RULE 26 DISCLOSURE STATEMENT** |
| vs. | |
| **DANIEL N. GORDON, P.C. AND ASSET ACCEPTANCE, LLC** | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that, Plaintiff Tina Coleman has filed with the Clerk of the United States District Court, Eastern District of Washington, Notice of Service of Plaintiff's Rule 26 Disclosure Statement, a copy of which is herewith served upon you.

Respectfully submitted this 17th day of March, 2011.

s/Jon N. Robbins
Jon N. Robbins
WEISBERG & MEYERS, LLC
Attorney for Plaintiff

Initial Rule 26 Disclosure              WEISBERG & MEYERS, LLC
                                        3877 N. Deer Lake Rd.
                                        Loon Lake ,WA 99148
                                        509-232-1882
                                        866-565-1327 facsimile
                                        jrobbins@AttorneysForConsumers.com

Notice Filed electronically on this 17th day of March, 2011, with:

United States District Court CM/ECF system

Original copy mailed on this 17th day of March, 2011, to:

Kevin J. Curtis
Winston & Cashatt, Lawyers
601 W. Riverside, Ste. 1900
Spokane WA 99201
**Attorney for Daniel N. Gordon, P.C.**

Daniel N. Gordon
Daniel N. Gordon, P.C.
PO Box 22238
Eugene OR 97402
**Attorney for Asset Acceptance, LLC**

s/Tremain Davis
Tremain Davis

Initial Rule 26 Disclosure

WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com