Daniel N. Gordon, WSB # 32186
DANIEL N. GORDON, P.C.
4023 West 1st Avenue
PO Box 22338
Eugene, OR 97402
Phone: (541) 342-2276
Fax: (541) 343-8059
dgordonpc@aol.com
Attorney for Defendant Asset Acceptance, LLC

UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF WASHINGTON

| TINA COLEMAN, | ) | |
|---|---|---|
| | ) | Case No.  CV-10-428-EFS |
| Plaintiff, | ) | |
| | ) | NOTICE OF HEARING |
| vs. | ) | |
| | ) | |
| DANIEL N. GORDON, P.C., AND | ) | |
| ASSET ACCEPTANCE, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

PLEASE TAKE NOTICE that a hearing has been scheduled on Plaintiff's Motion to Strike Defendant Daniel N. Gordon , P.C.'s Affirmative Defenses.

Date:  Wednesday, May 4, 2011.

Time:  10:00 a.m.

Place:        Thomas F. Foley United States Courthouse
              W. 920 Riverside Ave.
              Spokane, Washington

DATED this 24th day of March, 2011.

DANIEL N. GORDON, P.C.

By: _____
Daniel N. Gordon, WSB # 32186
Of Attorneys for Defendant Asset Acceptance, LLC

Daniel N. Gordon, P.C.
Attorney and Counselor at Law
4023 W 1st Avenue / P.O. Box 22338
Eugene, OR 97402
Phone (541) 342-2276  FAX (541) 343-8059

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2011, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record.  I hereby certify that the are no non-ECF participants for which service is required.

By: _____

Daniel N. Gordon, WSB # 32186
Of Attorneys for Defendant Asset Acceptance, LLC

Daniel N. Gordon, P.C.
Attorney and Counselor at Law
4023 W 1st Avenue / P.O. Box 22338
Eugene, OR 97402
Phone: (541) 342-2276  FAX: (541) 343-8059