Kevin J. Curtis, WSBA No. 12085
Collette C. Leland, WSBA No. 40686
WINSTON & CASHATT, LAWYERS, a
Professional Service Corporation
601 W. Riverside, Ste. 1900
Spokane, WA 99201
Telephone: (509) 838-6131

Attorneys for Defendant Daniel N. Gordon, P.C.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TINA COLEMAN,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL N. GORDON, P.C., and ASSET ACCEPTANCE, LLC,<br><br>Defendants. | No. CV-10-428-EFS<br><br>DANIEL N. GORDON, P.C.'S MOTION TO STRIKE AND, IN THE ALTERNATIVE, MOTION FOR LEAVE TO FILE A REPLY<br><br>**(w/o oral argument)** |

Defendant Daniel N. Gordon, P.C., by and through its attorneys of record, moves the Court for an order striking Plaintiff's Response to Defendant Asset Acceptance, LLC's Joinder in Daniel N. Gordon, P.C.'s Motion for Summary Judgment. In the alternative, Gordon, P.C. seeks leave to file a reply to Plaintiff's Response to Defendant Asset Acceptance, LLC's Joinder in Daniel N. Gordon,

DANIEL N. GORDON, P.C.'S
MOTION TO STRIKE . . .
Page 1

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
Bank of America Financial Center
601 West Riverside Avenue, Suite 1900
Spokane, Washington 99201-0695
(509) 838-6131

P.C.'s Motion for Summary Judgment, to the extent the Court deems leave is necessary.

This motion is supported by the Memorandum in Support of Motion to Strike and the pleadings filed in this matter.

RESPECTFULLY SUBMITTED this 10th day of November, 2011.

s/Kevin J. Curtis, WSBA No. 12085
Collette C. Leland, WSBA No. 40686
WINSTON & CASHATT, LAWYERS,
a Professional Service Corporation
Attorneys for Defendant Daniel N. Gordon, P.C.
601 W. Riverside, Ste. 1900
Spokane, WA 99201
(509) 838-6131
Facsimile: (509) 838-1416
E-mail Address: kjc@winstoncashatt.com
ccl@winstoncashatt.com

DANIEL N. GORDON, P.C.'S
MOTION TO STRIKE . . .
Page 2

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
Bank of America Financial Center
601 West Riverside Avenue, Suite 1900
Spokane, Washington 99201-0695
(509) 838-6131

I hereby certify that on November 10, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Jon N. Robbins
Weisberg & Meyers
jrobbins@attorneysforconsumers.com

Attorney for Plaintiff

Daniel N. Gordon
Daniel N. Gordon, P.C.
Dgordonpc@aol.com

Attorney for Defendant Asset Acceptance, LLC

s/Kevin J. Curtis, WSBA No. 12085
Collette C. Leland, WSBA No. 40686
WINSTON & CASHATT, LAWYERS,
Professional Service Corporation
Attorneys for Defendant Daniel N. Gordon, P.C.
601 W. Riverside, Ste. 1900
Spokane, WA 99201
(509) 838-6131
Facsimile: (509) 838-1416
E-mail Address: kjc@winstoncashatt.com
ccl@winstoncashatt.com

DANIEL N. GORDON, P.C.'S
MOTION TO STRIKE . . .
Page 3

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
Bank of America Financial Center
601 West Riverside Avenue, Suite 1900
Spokane, Washington 99201-0695
(509) 838-6131