Kevin J. Curtis, WSBA No. 12085
Collette C. Leland, WSBA No. 40686
WINSTON & CASHATT, LAWYERS, a
Professional Service Corporation
601 W. Riverside, Ste. 1900
Spokane, WA 99201
Telephone: (509) 838-6131

Attorneys for Defendant Daniel N. Gordon, P.C.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| TINA COLEMAN, | |
|---|---|
| Plaintiff, | No. CV-10-428-EFS |
| vs. | |
| DANIEL N. GORDON, P.C., and ASSET ACCEPTANCE, LLC, | MEMORANDUM IN SUPPORT OF DEFENDANT DANIEL N. GORDON, P.C.'S MOTION TO STRIKE AND, IN THE ALTERNATIVE, MOTION FOR LEAVE TO FILE A REPLY |
| Defendants. | |

Defendant Daniel N. Gordon, P.C., by and through its attorneys of record, moves the Court for an order striking Plaintiff's Response to Defendant Asset Acceptance, LLC's Joinder in Daniel N. Gordon, P.C.'s Motion for Summary Judgment.

MEMORANDUM IN SUPPORT OF DEFENDANT
DANIEL N. GORDON, P.C.'S MOTION TO
STRIKE . . .
Page 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
Bank of America Financial Center
601 West Riverside Avenue, Suite 1900
Spokane, Washington 99201-0695
(509) 838-6131

## I. INTRODUCTION

Plaintiff concedes she has sufficiently briefed the issues raised by Daniel N. Gordon, P.C. (Gordon, P.C.) in its motion for summary judgment, yet seizes upon Asset Acceptance, LLC's (Asset Acceptance) brief statement that it is joining in Gordon, P.C.'s motion as an opportunity to present her arguments anew based upon a new claim. (ECF No. 69 at 2) Because Plaintiff's response is an improper supplemental filing, which raises a new claim in a response to summary judgment, Gordon, P.C. asks that it be stricken. Alternatively, Gordon, P.C. seeks this Court's leave, to the extent necessary, to file a reply responding to Plaintiff's new allegations.

## II. FACTUAL AND PROCEDURAL BACKGROUND

On July 25, 2011, Gordon, P.C. filed the instant motion for summary judgment. Plaintiff responded with a 36-page brief, offering new theories of liability not raised in her Complaint—a fact Plaintiff acknowledges by notifying the Court she intends to seek leave to file a second amended complaint to "clarify the claims currently being pursued". (ECF No. 69 at 2 n.1)

On October 7, 2011, Asset Acceptance joined Gordon, P.C.'s motion, submitting no additional briefing. (ECF No. 68)

MEMORANDUM IN SUPPORT OF DEFENDANT
DANIEL N. GORDON, P.C.'S MOTION TO
STRIKE . . .
Page 2

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
Bank of America Financial Center
601 West Riverside Avenue, Suite 1900
Spokane, Washington 99201-0695
(509) 838-6131

On October 10, 2011, Asset Acceptance filed a motion in the pending Snohomish County action, in which Asset Acceptance obtained a valid default judgment against Plaintiff. (ECF No. 69-1) Asset Acceptance did not bring a new legal action, but rather merely sought an order from Snohomish County District Court (which retains jurisdiction over the Snohomish County action pending the Plaintiff's motion to vacate). (EFC No. 69-1)

In response to Asset Acceptance's motion in the Snohomish County matter, Plaintiff filed the instant Response to Asset Acceptance, LLC's Joinder, arguing Gordon, P.C. committed a new violation of 15 U.S.C. §1692i by filing a motion in the pending Snohomish County action. (ECF No. 69 at 6 ("This motion . . . constitutes a separate violation")  Although Plaintiff indicated her intent to file a Second Amended Complaint in this action, she has not yet done so.

### III.  LEGAL ANALYSIS

Gordon, P.C. asks this Court to exercise its discretionary power to strike unscheduled supplemental filings and to strike Plaintiff's Response to Asset Acceptance, LLC's Joinder in Daniel N. Gordon, P.C.'s Motion for Summary Judgment.

MEMORANDUM IN SUPPORT OF DEFENDANT
DANIEL N. GORDON, P.C.'S MOTION TO
STRIKE . . .
Page 3

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
Bank of America Financial Center
601 West Riverside Avenue, Suite 1900
Spokane, Washington 99201-0695
(509) 838-6131

Asset Acceptance's Joinder in Daniel N. Gordon, P.C.'s Motion for Summary Judgment raises no new issues and alleges no new facts; it merely joins and incorporates the filings in Gordon, P.C.'s motion for summary judgment. (ECF No. 68) Plaintiff's response does not address Asset Acceptance's joinder, but rather responds to Gordon, P.C.'s reply in support of summary judgment and raises new factual allegations. As it is nonresponsive, it is more properly viewed as a supplemental brief filed without leave of court. No supplemental responses to any motion may be filed in this matter unless the Court grants a motion to file such documents. (ECF No. 32 at 6)

Moreover, it is improper for a plaintiff to raise new claims in response to a summary judgment motion, without first seeking leave and filing an amended complaint. Corales v. Flagstar Bank, FSB, __ F. Supp. 2d __, 2011 WL 4899957, at *8 (W.D. Wash., Oct. 14, 2011). Plaintiff has failed to do so, yet admittedly has taken the "opportunity to apprise the Court" of an alleged new violation of 15 U.S.C. §1692i. (ECF No. 69 at 2)

MEMORANDUM IN SUPPORT OF DEFENDANT
DANIEL N. GORDON, P.C.'S MOTION TO
STRIKE . . .
Page 4

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
Bank of America Financial Center
601 West Riverside Avenue, Suite 1900
Spokane, Washington 99201-0695
(509) 838-6131

## IV. CONCLUSION

As the issues raised in Gordon, P.C.'s motion for summary judgment have already been sufficiently briefed, as this Court has not granted leave to file additional briefing, and as Plaintiff's new claim is not properly before the Court, Gordon, P.C. respectfully asks this Court to strike Plaintiff's response to joinder.

In the alternative, Gordon, P.C. asks this Court for leave, to the extent the Court deems leave is necessary, to file a reply in order to respond to the arguments and allegations raised in Plaintiff's response to Asset Acceptance's joinder.

RESPECTFULLY SUBMITTED this 10th day of November, 2011.

> s/Kevin J. Curtis, WSBA No. 12085
> Collette C. Leland, WSBA No. 40686
> WINSTON & CASHATT, LAWYERS,
> a Professional Service Corporation
> Attorneys for Defendant Daniel N. Gordon, P.C.
> 601 W. Riverside, Ste. 1900
> Spokane, WA 99201
> (509) 838-6131
> Facsimile: (509) 838-1416
> E-mail Address: kjc@winstoncashatt.com
> ccl@winstoncashatt.com

MEMORANDUM IN SUPPORT OF DEFENDANT
DANIEL N. GORDON, P.C.'S MOTION TO
STRIKE . . .
Page 5

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
Bank of America Financial Center
601 West Riverside Avenue, Suite 1900
Spokane, Washington 99201-0695
(509) 838-6131

I hereby certify that on November 10, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Jon N. Robbins
Weisberg & Meyers
jrobbins@attorneysforconsumers.com

Attorney for Plaintiff

Daniel N. Gordon
Daniel N. Gordon, P.C.
Dgordonpc@aol.com

Attorney for Defendant Asset Acceptance, LLC

                s/Kevin J. Curtis, WSBA No. 12085
                Collette C. Leland, WSBA No. 40686
                WINSTON & CASHATT, LAWYERS,
                Professional Service Corporation
                Attorneys for Defendant Daniel N. Gordon, P.C.
                601 W. Riverside, Ste. 1900
                Spokane, WA 99201
                (509) 838-6131
                Facsimile:  (509) 838-1416
                E-mail Address:  kjc@winstoncashatt.com
                                  ccl@winstoncashatt.com

MEMORANDUM IN SUPPORT OF DEFENDANT
DANIEL N. GORDON, P.C.'S MOTION TO
STRIKE . . .
Page 6

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
Bank of America Financial Center
601 West Riverside Avenue, Suite 1900
Spokane, Washington 99201-0695
(509) 838-6131